[Doc. No. 18]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| RICHARD LUCEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDEX GROUND PACKAGE SYSTEMS, INC., <br><br> Defendant. | Civil No. 06-3738 (RMB) <br><br> **ORDER** |

This matter having come before the Court upon the motion of Defendant FedEx Ground Package Systems, Inc. to compel arbitration and to dismiss Plaintiff McMahon's claims; and the Court having considered the moving papers, and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY **ORDERED** that the Defendant's motion to compel arbitration and to dismiss Plaintiff McMahon's claims is **DENIED.**


Dated: <u>October 18, 2007</u>         s/Renée Marie Bumb
                                       RENÉE MARIE BUMB
                                       United States District Judge

1